UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DONALD WAITE, ) | Case No. CV 10-5374 RNB |
| Plaintiff, ) | |
| vs. ) | ORDER TO SHOW CAUSE |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

In its February 25, 2011 Minute Order, the Court ordered plaintiff to serve and file his motion for judgment on the pleadings within 28 days of the service date of the Minute Order.

More than 28 days from the service of the Minute Order now has elapsed, and plaintiff still has not filed his motion for judgment on the pleadings.

Accordingly, on or before May 6, 2011, plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why plaintiff did not timely file his motion for judgment on the pleadings, and why this action should not be dismissed for failure to prosecute and failure to comply with the Court's prior Order; or (b) serve and file his motion for judgment on the pleadings in accordance with the format specified in the February 25, 2011 Minute Order.

//

1    Plaintiff is forewarned that, if he fails to do either, the Court will deem such
2 failure a further violation of a Court order justifying dismissal and also deem such
3 failure as further evidence of a lack of prosecution on plaintiff's part.

5 DATED: April 6, 2011

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE